2019 FEB 20 PM 2: 20

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

WEI XU,
  aka "George Xu,"
  aka "Wade Xu,"

        Defendant.

CR No. 19   19 CR00093 - RGK

I N D I C T M E N T

[18 U.S.C. § 922(a)(1)(A): Dealing
Firearms Without a License;
26 U.S.C. § 5861(e): Unlawful
Transfer of an Unregistered
Firearm (Short-Barreled Rifle);
and 26 U.S.C. § 5861(d): Unlawful
Possession of an Unregistered
Firearm (Short-Barreled Rifle)]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or before July 6, 2018, and continuing through on or about August 21, 2018, in Los Angeles County, within the Central District of California, defendant WEI XU, also known as ("aka") "George Xu," aka "Wade Xu," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically and including, but not

limited to, the following firearms, on or about the following dates and in or about the following locations:

| DATE | LOCATION and FIREARM SOLD |
|------|---------------------------|
| July 6, 2018 | In Cerritos, California, a CZ model 75 Compact Shadow Line handgun, bearing serial number C418748 |
| July 12, 2018 | In Cerritos, California, a Sig Sauer 5.56 mm caliber rifle, bearing serial number JT007064 |
| August 12, 2018 | In Cerritos, California, a MSAR STG-556 .223 caliber rifle, bearing serial number 600-P001488 |
| August 21, 2018 | In Cerritos, California, a Wise Lite Arms Inc., model PPS43, 7.62x25 mm caliber rifle, bearing serial number WLA27-3502 |

COUNT TWO

[26 U.S.C. § 5861(e)]

On or about August 21, 2018, in Los Angeles County, within the Central District of California, defendant WEI XU ("XU"), also known as ("aka") "George Xu," aka "Wade Xu" ("defendant XU"), knowingly transferred a firearm, namely, a Wise Lite Arms Inc., model PPS43, 7.62x25 mm caliber rifle, bearing serial number WLA27-3502, in violation of the provisions set forth in Title 26, United States Code, Chapter 53, and that defendant XU knew the rifle to be a firearm and short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3), 5845(a)(4), and 5845(c), and which had not been registered to XU in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

COUNT THREE

[26 U.S.C. § 5861(d)]

On or about February 5, 2019, in Los Angeles County, within the Central District of California, defendant WEI XU ("XU"), also known as ("aka") "George Xu," aka "Wade Xu" ("defendant XU"), knowingly possessed a firearm, namely, a Group Industries HR4332S (Uzi pattern), 9mm caliber short-barreled rifle, bearing serial number 502558, which defendant XU knew to be a firearm and short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which had not been registered to XU in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

COUNT FOUR

[26 U.S.C. § 5861(d)]

On or about February 5, 2019, in Los Angeles County, within the Central District of California, defendant WEI XU ("XU"), also known as ("aka") "George Xu," aka "Wade Xu" ("defendant XU"), knowingly possessed a firearm, namely, a Lewis Machine & Tool Defender 2000, 5.56 mm caliber short-barreled rifle, bearing serial number LMT32078, which defendant XU knew to be a firearm and short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which

///

///

1  had not been registered to XU in the National Firearms Registration

2  and Transfer Record as required by Chapter 53, Title 26, United

3  States Code.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANNAMARTINE SALICK
Assistant United States Attorney
Terrorism and Export Crimes
Section

VALERIE MAKAREWICZ
Assistant United States Attorney
Major Frauds Section