NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
ANNAMARTINE SALICK (Cal. Bar No. 309254)
VALERIE MAKAREWICZ (Cal. Bar. No. 229637)
Assistant United States Attorneys
Terrorism and Export Crimes Section
Major Frauds Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3424/0756
    Facsimile: (213) 894-2927
    E-mail:    Annamartine.Salick2@usdoj.gov
               Valerie.Makarewicz@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-093-RGK |
|---|---|
| Plaintiff, | NOTICE OF FILING OF REDACTED SEARCH WARRANT APPLICATIONS AND SUPPORTING AFFIDAVITS |
| v. | |
| WEI XU,<br>  aka GEORGE XU,<br>  aka WADE XU | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Annamartine Salick and Valerie Makarewicz, hereby file this Notice of Filing of Redacted Search Warrant Applications and Supporting Affidavits.

///

///

This Notice is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: February 22, 2019            Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division


      /s/
ANNAMARTINE SALICK
VALERIE MAKAREWICZ
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Wei Xu ("defendant") made his initial appearance on February 6, 2019, before the Honorable Alexander F. MacKinnon, United States Magistrate Judge, on a criminal complaint that charges defendant with dealing in firearms without a federal firearms license and unlawfully transferring an unregistered short-barreled riffle, in violation of 18 U.S.C. § 922(a)(1)(A) and 26 U.S.C. § 5861(e).

At defendant's initial appearance, the government moved to unseal four search warrant applications and supporting affidavits that the Honorable Rozella A. Oliver, United States Magistrate Judge, authorized on February 4, 2019.  Judge MacKinnon ordered to the government to confer with defense counsel regarding appropriate redactions and then ordered the government to file the unsealed and redacted search warrants on the record.

Counsel for the government conferred with defense counsel and made the appropriate redactions.  Pursuant to Judge MacKinnon's order, the government hereby files the redacted search warrant applications and support affidavits as follows:  the search warrant application and supporting affidavit for defendant's Honda CRV, 19-MJ-295, attached as Exhibit A; the search warrant application and supporting affidavit for defendant's residence, attached as Exhibit B; the search warrant application and supporting affidavit for defendant's Maserati, 19-MJ-300, attached as Exhibit C; and the search warrant application and supporting affidavit for defendant's safe-deposit box, 19-MJ-301, attached as Exhibit D.