```
NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
ANNAMARTINE SALICK (Cal. Bar No. 309254)
VALERIE MAKAREWICZ (Cal. Bar. No. 229637)
Assistant United States Attorneys
Terrorism and Export Crimes Section
Major Frauds Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3424/0756
     Facsimile: (213) 894-2927
     E-mail:    Annamartine.Salick2@usdoj.gov
                Valerie.Makarewicz@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

*NOTE CHANGES BY THE COURT*

*LC: USPO*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>WEI XU,<br>  aka George XU,<br>  aka Wade XU<br><br>            Defendant. | No. CR 19-CR-093-RGK<br><br>[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>[PROPOSED] TRIAL DATE: 2/11/2020 |

The Court has read and considered the parties' Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed on March 20, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1  The Court further finds that: (i) the ends of justice served by
2  the continuance outweigh the best interest of the public and
3  defendant in a speedy trial; ~~(ii) failure to grant the continuance~~
4  ~~would be likely to make a continuation of the proceeding impossible,~~
5  ~~or result in a miscarriage of justice, (iii) the case is so unusual~~
6  ~~and so complex, due to the nature of the prosecution and the~~
7  ~~voluminous discovery, that it is unreasonable to expect preparation~~
8  ~~for pre-trial proceedings or for the trial itself within the time~~
9  ~~limits established by the Speedy Trial Act; and (iv) failure to grant~~
10 ~~the continuance would unreasonably deny defendant continuity of~~
11 ~~counsel and would deny defense counsel the reasonable time necessary~~
12 ~~for effective preparation, taking into account the exercise of due~~
13 ~~diligence.~~

14  THEREFORE, FOR GOOD CAUSE SHOWN:

15  1.  The trial in this matter is continued from April 16, 2019
16  to ~~February 11, 2020~~ SEPT. 17, 2019 AT 9:00 A.M.

17  2.  The time period of April 16, 2019 to ~~February 11, 2020~~ SEPT. 17, 2019,
18  inclusive, is excluded in computing the time within which the trial
19  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
20  (h)(7)(B)(ii), and (h)(7)(B)(iv).
21  //
22  //

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

MAR 2 5 2019
_____
DATE

*(signature)*
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Annamartine Salick
_____
ANNAMARTINE SALICK
Assistant United States Attorney