E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
ANNAMARTINE SALICK (Cal Bar No. 309254)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-0631
     E-mail:    Annamartine.Salick2@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

   Plaintiff, United States of America, hereby advises the court that **Annamartine Salick** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

```
Dated: March 29, 2024          Respectfully submitted,

                               E. MARTIN ESTRADA
                               United States Attorney

                               CAMERON L. SCHROEDER
                               Assistant United States Attorney
                               Chief, National Security Division

                                /s/
                               ANNAMARTINE SLAICK
                               Assistant United States Attorney
                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA
```

# ATTACHMENT A

2:03-cr-00103
2:15-cr-00674
2:15-cr-00704
2:17-cr-00254
2:18-cr-00158
2:18-cr-00656
2:19-cr-00093
2:19-cr-00254
2:19-cr-00480
2:19-cr-00481
2:19-cr-00482
2:19-cr-00614
2:23-cr-00372
8:14-cr-00109
8:14-cr-00200
8:15-cr-00122
8:19-cr-00117